## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 17-11134-mdc |
| Alice M Taylor | : Chapter 13 |
| Ronald Taylor | : Judge Magdeline D. Coleman |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| U.S. Bank National Association as | : Date and Time of Hearing |
| Indenture Trustee for Springleaf | : Place of Hearing |
| Mortgage Loan Trust 2013-3, Mortgage- | : March 19, 2019 at 10:30 a.m. |
| Backed Notes, Series 2013-3 | : |
| FHA/VA/RHS: Nationstar Mortgage | : U.S. Bankruptcy Court |
| LLC | : 900 Market Street, Courtroom #2 |
| Movant, | : Philadelphia, PA, 19107 |
| vs | : |
| Alice M Taylor | |
| Ronald Taylor | |
| WILLIAM C. MILLER, Esq. | |
| **Respondents.** | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR SPRINGLEAF MORTGAGE LOAN TRUST 2013-3, MORTGAGE-BACKED NOTES, SERIES 2013-3 FHA/VA/RHS: NATIONSTAR MORTGAGE LLC TO FORECLOSE ON 318 ENGLE STREET, CHESTER, PA 19013**

U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3, Mortgage-Backed Notes, Series 2013-3 FHA/VA/RHS: Nationstar Mortgage LLC (the "Creditor") moves this Court, under Bankruptcy Code §§ 361, 362, 363, and other sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure 4001 and 6007 for an order conditioning, modifying, or dissolving the automatic stay imposed by Bankruptcy Code § 362 and avers as follows:

1. This is an action arising pursuant to a case under Title 11 of the United States Code.

17-014920_EJS1

2.      Creditor is a lending institution duly authorized to conduct business in the Commonwealth of Pennsylvania.

3.      Creditor is a party-in-interest in the above referenced Bankruptcy matter as it is a secured creditor of the Debtor.

4.      Alice M Taylor and Ronald Taylor (collectively, "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on February 17, 2017, ("Petition").

5.      Debtor is currently obligated to U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3, Mortgage-Backed Notes, Series 2013-3 FHA/VA/RHS: Nationstar Mortgage LLC, under the terms of a certain Loan Agreement and Disclosure Statement, dated May 9, 2008, in the original principal amount of $24,628.50 executed by Debtor (hereinafter "Note").

6.      As security for repayment of the Note, Debtor executed a certain Mortgage, dated of even date and of even amount, currently in favor of U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3, Mortgage-Backed Notes, Series 2013-3 FHA/VA/RHS: Nationstar Mortgage LLC, with respect to certain real property owned by the Debtor located at 318 Engle Street, Chester, PA 19013 (hereinafter "Mortgaged Premises") and being recorded in Delaware County Recordings Office at Instrument Number 2008046671 on June 23, 2008 in the Office of the Recorder of Deeds in and for Delaware County, Pennsylvania ("Mortgage").

7.      Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.  Debtor(s) executed a promissory note secured by a mortgage or

17-014920_EJS1

deed of trust.  The promissory note is either made payable to Creditor or has been duly indorsed.  Creditor, directly or through an agent, has possession of the promissory note.  Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

8. Debtor has failed to make post-petition mortgage payments for the past 4 months, as of February 12, 2019.

9. Due to said failure by Debtor to make payments when due, Creditor lacks adequate protection of its security interest in the Mortgaged Premises.

10. The total loan balance and the amount past due to U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3, Mortgage-Backed Notes, Series 2013-3 FHA/VA/RHS: Nationstar Mortgage LLC in post-petition arrearages are $23,739.82 and $1,766.87, less a suspense balance of $178.29, respectively, as of February 12, 2019.

11. The automatic stay of Section 362 of the Bankruptcy Code should be terminated with respect to the interest of U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3, Mortgage-Backed Notes, Series 2013-3 FHA/VA/RHS: Nationstar Mortgage LLC in the Mortgaged Premises, pursuant to Section 362(d)(1).

WHEREFORE, U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3, Mortgage-Backed Notes, Series 2013-3 FHA/VA/RHS: Nationstar Mortgage LLC respectfully requests this Honorable Court to enter an order terminating the Automatic Stay as it affects the interest of U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3, Mortgage-Backed Notes, Series 2013-3

17-014920_EJS1

FHA/VA/RHS: Nationstar Mortgage LLC in the Mortgaged Premises of the Debtor specifically identified in the Mortgage, and granting such other relief as this Honorable Court may deem just.

          Respectfully submitted,

    /s/ Karina Velter
_____
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-014920_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 17-11134-mdc** |
| **Alice M Taylor** | **Chapter 13** |
| **Ronald Taylor** | **Judge Magdeline D. Coleman** |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **U.S. Bank National Association as** | **Date and Time of Hearing** |
| **Indenture Trustee for Springleaf** | **Place of Hearing** |
| **Mortgage Loan Trust 2013-3, Mortgage-** | **March 19, 2019 at 10:30 a.m.** |
| **Backed Notes, Series 2013-3** | |
| **FHA/VA/RHS: Nationstar Mortgage** | **U.S. Bankruptcy Court** |
| **LLC** | **900 Market Street, Courtroom #2** |
| **Movant,** | **Philadelphia, PA, 19107** |
| **vs** | |
| **Alice M Taylor** | |
| **Ronald Taylor** | |
| **WILLIAM C. MILLER, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay to permit U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3, Mortgage-Backed Notes, Series 2013-3 FHA/VA/RHS: Nationstar Mortgage LLC to foreclose on 318 Engle Street, Chester, PA 19013 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Brad J. Sadek, Attorney for Alice M Taylor and Ronald Taylor, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 19, 2019:

17-014920_EJS1

Alice M Taylor and Ronald Taylor, 318 Engle Street, Chester, PA 19013

DATE: __2/19/19_____

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-014920_EJS1