## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ALICE M TAYLOR and | ) | |
| RONALD TAYLOR, | ) | |
| | ) | |
| Debtors | ) | CASE NO. 17-11134-MDC |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE, N.A. | ) | **HEARING DATE**: |
| Movant | ) | Tuesday, September 3, 2019 |
| | ) | 10:30 a.m. |
| vs. | ) | |
| | ) | **LOCATION**: |
| ALICE M TAYLOR and | ) | U.S. Bankruptcy Court |
| RONALD TAYLOR, | ) | Eastern District of Pennsylvania |
| Respondents | ) | Courtroom # 2 |
| and | ) | 900 Market Street |
| WILLIAM C. MILLER | ) | Philadelphia, PA 19107 |
| Trustee | ) | |

### ORDER

AND NOW, this 3rd day of September, 2019, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2010 CHRYSLER 300 Sedan 4D Touring 3.5 V6, V.I.N. 2C3CA5CV1AH220859) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

_Magdeline D. C_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

Please send copies to:

Alice M Taylor
Ronald Taylor
318 Engle Street
Chester, PA 19013

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107