### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | |
| **Alice M Taylor** : | Case No.: 17-11134 |
| **Ronald Taylor** : | Chapter 13 |
| : | Judge Magdeline D. Coleman |
| **Debtor(s).** : | * * * * * * * * * * * * * * * * * * * * * * * |
| : | |
| : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3, Mortgage-Backed Notes, Series 2013-3 FHA/VA/RHS: Nationstar Mortgage LLC** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

17-014920_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-11134** |
| **Alice M Taylor** : | **Chapter 13** |
| **Ronald Taylor** : | **Judge Magdeline D. Coleman** |
| : | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| **Debtor(s)** | |
| : | |
| **U.S. Bank National Association as** : | **Related Document #** |
| **Indenture Trustee for Springleaf** : | |
| **Mortgage Loan Trust 2013-3, Mortgage-** : | |
| **Backed Notes, Series 2013-3** : | |
| **FHA/VA/RHS: Nationstar Mortgage** : | |
| **LLC** : | |
| **Movant,** : | |
| **vs** : | |
| | |
| **Alice M Taylor** | |
| **Ronald Taylor** | |
| | |
| **William C. Miller** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Alice M Taylor and Ronald Taylor, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 9, 2021:

17-014920_PS

Alice M Taylor and Ronald Taylor, 318 Engle Street, Chester, PA  19013

DATE: <u>March 9, 2021</u>

<u>/s/ Sarah E. Barngrover</u>
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

17-014920_PS